IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIGOBERTO RODRIGUEZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>1301 RESTAURANT VENTURES, INC., et al.<br><br>    Defendants. | Case No.  1:20-cv-02276-ABJ |

**STIPULATION OF DISMISSAL**

Pursuant to Fed R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action with prejudice, parties to bear their own costs and attorney's fees.


August 3, 2021                                                             Respectfully submitted,


**MCCLANAHAN POWERS, PLLC**                      **DCWageLaw**

By: /s/ Robert Powers, Esq.                                   By: /s/ Justin Zelikovitz, Esq.
ROBERT POWERS                                                    JUSTIN ZELIKOVITZ
MCCLANAHAN POWERS, PLLC                              DCWageLaw
8133 Leesburg Pike, Suite 130                              519 H Street NW
Vienna, VA 22182                                                   Washington, DC 20001
Phone: (703) 520-1326                                          Phone: (202) 803-6083
Fax: (202) 828-0205                                               Fax: (202) 683-6102
rpowers@mcplegal.com                                         justin@dcwagelaw.com

*Counsel for Defendants*                                     *Counsel for Plaintiffs*